UNITED STATES of America,
Plaintiff-Appellee,

v.

Worthy Curt POGUE, Defendant-
Appellant.

No. 29926
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 1970.

Radney & Morris, Tom Radney, Alexander City, Ala., for defendant-appellant.

Ira De Ment, U. S. Atty., D. Broward Segrest, Asst. U. S. Atty., Montgomery, Ala., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. *See* Local Rule 21.[1] *See also* Brown v. United States, 5 Cir., 1968, 401 F.2d 769; Anderson v. United States, 5 Cir., 1968, 403 F.2d 206; Shoffeitt v. United States, 5 Cir., 1968, 403 F.2d 991, cert. denied, 393 U.S. 1084, 89 S.Ct. 868, 21 L.Ed.2d 777 (1969).

* Rule 18, 5th Cir., *See* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.